**Electronically Filed**
**Supreme Court**
**SCWC-18-0000579**
**03-AUG-2021**
**11:28 AM**
**Dkt. 11 ODAC**

SCWC-18-0000579

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

GABRIEL STAN,
Petitioner/Defendant-Appellant

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000579; CASE NO. 1CPC-17-0001113)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant Gabriel Stan's
Application for Writ of Certiorari filed on June 10, 2021, is
hereby rejected.

DATED:  Honolulu, Hawai‘i, August 3, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

